

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-14-00205-CV
_____

SPRINGFIELD EXPLORATION, INC., SPRINGFIELD OIL SERVICES, INC.,
AND BENTLEY J. BLUM, APPELLANTS

V.

SADDLE RIM ENERGY (TEXAS), LLC, APPELLEE

_____

On Appeal from the 286th District Court
Hockley County, Texas
Trial Court No. 13-09-23,643, Honorable Pat Phelan, Presiding

_____

June 27, 2014

## MEMORANDUM OPINION

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

Through their attorney, Springfield Exploration, Inc., Springfield Oil Services, Inc., and Bentley J. Blum have filed a motion to withdraw the appeal. The motion is unopposed. Without passing on the merits of the case, we grant the motion pursuant to Texas Rule of Appellate Procedure 42.1(a) and dismiss the appeal. Having dismissed the appeal at appellants' request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

Per Curiam